UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TADEUSZ WYRZYKOWSKI, | No. C 14-03825 LB |
| Plaintiff, | **ORDER DIRECTING U.S. MARSHAL TO SERVE DEFENDANTS** |
| v. | |
| COUNTY OF MARIN, et al., | |
| Defendants. | |
| _____/ | |

On August 22, 2014, Plaintiff Tadeusz Wyrzykowski, who is proceeding pro se, filed a complaint and an application to proceed in forma pauperis. (Complaint, ECF No. 1; IFP Application, ECF No. 3.[1]) Without expressing any opinion about the merit of his claims, the court found that his First Amended Complaint is sufficiently clear to pass the § 1915(e)(2) review. (11/6/2014 Order, ECF No. 10; *see* First Amended Complaint, ECF No. 8.) Plaintiff states that Defendants may be served at Marin County Civic Center, 3501 Civic Center Drive, San Rafael, California 94903. (11/17/2014 Response, ECF No. 13.) As noted in its November 6, 2014 order, the court now directs the U.S. Marshal to serve Defendants with the First Amended Complaint and

---

[1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

ORDER
C 14-03825 LB

1  summons at that address.

2  **IT IS SO ORDERED.**

3  Dated: December 1, 2014

4  _____
   LAUREL BEELER
   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**