UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TADEUSZ WYRZYKOWSKI, | No. C 14-03825 LB |
| Plaintiff, | **ORDER DIRECTING CLARIFICATION OF REPRESENTATION** |
| v. | |
| COUNTY OF MARIN, et al., | |
| Defendants. | |

On August 22, 2014, Plaintiff Tadeusz Wyrzykowski, who is proceeding pro se, filed a complaint and an application to proceed in forma pauperis. (Complaint, ECF No. 1; IFP Application, ECF No. 3.[1]) He brings claims against four Defendants: (1) the County of Marin; (2) the County of Marin Board of Supervisors; (3) Roy Given; and (4) Liz Clark. (First Amended Complaint, ECF No. 8.) On January 7, 2015, Deputy County Counsel Sheila Lichtblau filed a consent declaration on behalf of "Defendants [plural] County of Marin." (Consent (County of Marin), ECF No. 18.) The next day, she filed a motion to dismiss on behalf of unspecified "Defendants" [plural]. (Motion, ECF No. 19.) The request for judicial notice that accompanies the

---

[1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

ORDER
C 14-03825 LB

motion also states that it is on behalf of "Defendants" [plural].  (RJN, ECF No. 20.)  However, the certificate of service for the motion and request states that service was filed on behalf of "Defendants [plural] County of Marin," but states that the motion and request that were served were "Defendant [singular] County of Marin's" motion and request.  (Certificate of Service, ECF No. 22.)

To clear up this confusion, the court directs Ms. Lichtblau to clarify, in writing and by noon on January 1, 2015, whether she represents all four Defendants or only the County of Marin and which Defendant or Defendants move to dismiss the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 14, 2015

_____
LAUREL BEELER
United States Magistrate Judge